IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS RYNIEC, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>MARVEL & MALONEY, A PROFESSIONAL CORPORATION,<br>Defendant. | CASE NO. 3:20-cv-18062-BRM-ZNQ |

**<u>NOTICE OF SETTLEMENT AND MOTION TO STAY</u>**

Through his undersigned attorney of record Plaintiff hereby notifies the Court that this matter has been settled. However, the settlement will require ninety days to complete. Plaintiff therefore moves the Court to stay this case for ninety days, following which he will move for dismissal with prejudice.

Respectfully submitted.

s/<u>Ben A. Kaplan</u>
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 0760 I
Phone: (877) 827-3395 ex 102
Cell Phone: (20l) 803-6611
Fax: (877) 827-3394
ben@chulskykaplanlaw.com
Attorneys for Plaintiff(s)
March 9, 2021

Case will be administratively terminated and stayed for 90 days. So ordered.

Dated: 3/10/2021    Brian R. Martinotti, U.S.D.J.

-1-